```
IN THE UNITED STATES DISTRICT COURT
   FOR THE NORTHERN DISTRICT OF TEXAS
           FORT WORTH DIVISION
```

| | |
|---|---|
| ABBEY RENEA CHILDRESS, § | |
|     Petitioner, § | |
| § | |
| VS. § | CIVIL ACTION NO.4:08-CV-306-Y |
| § | |
| ELAINE CHAPMAN, Warden, § | |
| FMC-Fort Worth, § | |
|     Respondent. § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

Before the Court is the petition for writ of habeas corpus under 28 U.S.C. § 2241 of petitioner Abbey Renea Childress, along with the November 13, 2008, findings, conclusions, and recommendation of the United States magistrate judge. The magistrate judge gave the parties until December 4 to file written objections to the findings, conclusions, and recommendation. As of the date of this order, no written objections have been filed.

The Court has reviewed the pleadings and the record in this case, and has reviewed for clear error the proposed findings, conclusions and recommendation of the United States magistrate judge filed on November 13, 2008. The Court concludes that the petition for writ of habeas corpus should be dismissed for the reasons stated in the magistrate judge's findings and conclusions.

Therefore, the findings, conclusions and recommendation of the magistrate judge are ADOPTED.

Respondent Chapman's July 16, 2008, motion to dismiss [docket no. 7] is GRANTED.

Abbey Renea Childress's petition for writ of habeas corpus under 28 U.S.C. § 2241 is DISMISSED for lack of jurisdiction.

SIGNED December 15, 2008.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE